**Kneafsey & Friend LLP**
800 Wilshire Blvd, Suite 710
Los Angeles, California 90017

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERMAPURE, INC., a California corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>COAST TO COAST WATER DAMAGE & RESTORATION, INC., et al<br><br>    Defendants. | Case No. CV11-0458-SJO(MANx)<br><br>**PERMANENT INJUNCTION AS TO DEFENDANT COAST TO COAST WATER DAMAGE & RESTORATION, INC.** |
| COAST TO COAST WATER DAMAGE & RESTORATION, INC., a California Corporation<br><br>    Counterclaimaint,<br><br>vs.<br><br>THERMAPURE, INC., a California corporation,<br><br>    Counter-Defendant. | |

IT IS HEREBY ORDERED THAT:

COAST TO COAST WATER DAMAGE & RESTORATION, INC., is PERMANENTLY ENJOINED from directly infringing, contributing to the infringement, or inducing infringement of U.S. Patent No. 6,327,812.

DATED: July _27_, 2011

*S. James Otero*

_____
The Honorable S. James Otero
United States District Judge